■ JAZZ AUDIO, INC., Respondent, v VALLEY FORGE INSURANCE COMPANY et al., Appellants. [646 NYS2d 619] —Appeal by the defendants from stated portions of an order of the Supreme Court, Suffolk County (Lama, J.), dated June 29, 1995.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Lama at the Supreme Court. O'Brien, J. P., Thompson, Altman and Krausman, JJ., concur.